UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
AUGUST 18, 2026 SESSION

FILED
AUG 18 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:26-cr-00099
21 U.S.C. § 846

EDWIN HUGH DOUGLAS

# INDICTMENT

The Grand Jury Charges:

From in and around February 2024, to on or about May 18, 2026, at or near Vienna, Wood County, West Virginia, and Williamson, Mingo County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant EDWIN HUGH DOUGLAS, and other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally distributing 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

MOORE CAPITO
United States Attorney

By: D. Keith Randolph
D. KEITH RANDOLPH
Assistant United States Attorney